```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT ELECTRONICALLY
------------------------------------------ x    FILED
UNITED STATES OF AMERICA,                  :    DOC#: _____
                                           :    DATE FILED: 9-13-23
                               Plaintiff,  :
                                           :    18 CR 371 (ALC)
            -against-                      :
                                           :    ORDER
COREY MOBLEY,                              :
                                           :
                               Defendant.  :
                                           :
                                           :
------------------------------------------ x
```

ANDREW L. CARTER, JR., District Judge:

      The Violation of Supervised Release Hearing set for today at 3:00 p.m. is CANCELED.

SO ORDERED.

Dated:    New York, New York
            September 13, 2023

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge