UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
UNITED STATES OF AMERICA,                :
                                         :
                        Plaintiff,       :
                                         :       18-CR-371 (ALC)
        -against-                        :
                                         :       ORDER
COREY MOBLEY,                            :
                                         :
                        Defendant.       :
                                         :
------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/18/23_____

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **September 19, 2023,** at 2**:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
              **September 18, 2023**

_____
ANDREW L. CARTER, JR.
United States District Judge