USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/18/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 18-CR-371 (ALC) |
| -against- | **AMENDED ORDER** |
| **COREY MOBLEY,** | |
| Defendant. | |

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **September 21, 2023,** at 2**:00 p.m.**

**SO ORDERED.**

**Dated:** New York, New York
September 18, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**