```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,                    :
                                             :
                        Plaintiff,           :
                                             :    18-CR-371 (ALC)
        -against-                            :
                                             :    ORDER
COREY MOBLEY,                                :
                                             :
                        Defendant.           :
                                             :
                                             :
------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-21-23

**ANDREW L. CARTER, JR., District Judge:**

Today's Violation of Supervised Release Hearing is adjourned to **October 19, 2023** at 3:00 p.m.

SO ORDERED.

Dated:     New York, New York
           September 21, 2023

                                        _____
                                        ANDREW L. CARTER, JR.
                                        United States District Judge